UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IVAN LEE MATTHEWS, II,

Plaintiff,

v.

BOARD OF STATE PRISON COMMISSIONERS, *et al.*,

Defendants.

Case No. 2:21-cv-01239-GMN-DJA

**ORDER**

**I.    DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections ("NDOC"). Plaintiff has not paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

The Court will grant Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma pauperis* by a non-inmate on or before **August 9, 2021**. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* by a non-inmate and instead pay the full filing fee of $402 to proceed with this case.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **August 9, 2021**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* by a non-inmate; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is either able to file a fully complete application to proceed *in forma pauperis* by a <u>non-inmate</u> or pays the full $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1) but shall not file it at this time.

DATED: July 8, 2021

_____
UNITED STATES MAGISTRATE JUDGE